UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRENCE T. COLER<br>(TDCJ No. 1926647), | )<br>)<br>) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| VS. | ) | 3:14-CV-2615-G (BN) |
| | ) | |
| DR. PITTMAN, ET AL., | )<br>) | |
| Defendants. | ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

Plaintiff's lawsuit is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

**SO ORDERED**.

August 15, 2014.

A. JOE FISH
**Senior United States District Judge**